# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1649
LT Case No. 2019-CF-002473-A

_____

TERRY NICKSON,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Terry Nickson, Jasper, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

October 4, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 13, 2024 order denying defendant's motion for postconviction relief rendered in Case No. 2019-CF-002473-A, in the Circuit Court in and for Seminole County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

––––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––––